IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
Related Case Statement

---

Full Caption of Later Filed Case:

WILLIAM JOHNSON

| Plaintiff | Case Number |
|---|---|
| vs. | 1:23-cv-00646 |
| CINCOR PHARMA, INC., JAMES HEALY, DAVID ALLISON, MAINA BHAMAN, MARC DE GARIDEL, TROY IGNELZI, JASON PITTS, JOHN F. THERO, and JUNE LEE, | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

RYAN O'DELL,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:23-cv-00556 |
| CINCOR PHARMA, INC., MARC DE GARIDEL, DAVID ALLISON, PH.D., MAINA BRAMAN, MBA, JAMES I. HEALY, M.D., PH.D., TROY IGNELZI, JUNE LEE, M.D., JASON PITTS, PH.D., and JOHN F. THERO, | |
| Defendant | |

IH-32                                                                                                  Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on January 23, 2023.  Case assigned to the Hon. Victor Marrero.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case for the following reasons:
(1) involves the same parties and is based on the same or similar claims;
(2) arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and
(3) is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

Signature: /s/ Richard A. Acocelli                    Date: 01/25/2023

Firm: Acocelli Law, PLLC